CAUSE NO. 18-CV-0865

| | | |
|---|---|---|
| **SHIRLEY PATTERSON,** | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| v. | § | 122ND JUDICIAL DISTRICT |
| | § | |
| GALVESTON COUNTY, GALVESTON | § | |
| COUNTY SHERIFF HENRY TROCHESSET, | § | |
| DOES (1-25), JEREMY B. CREECH, E. | § | |
| RUIZ, SOLUTA HEALTH, BOONE | § | |
| CHAPMAN, KATHY WHITE, | § | |
| | § | |
| Defendants. | § | GALVESTON COUNTY, TEXAS |

## NOTICE OF APPEARANCE

COME NOW, Plaintiff, Shirley Patterson files this Notice of Appearance, and would show the following:

Notice is herbey given that U.A. Lewis and Shardae Parker of The Lewis Law Group PLLC. are entering an appearance on behalf of Plaintiff Shirley Patterson as counsel of record on this matter. U.A. Lewis and Shardae Parker hereby request that they be noticed on all communications from the Court and from other parties via the contact information listed below:

**U.A. Lewis**
SBN: 24076511
P.O. Box 27353
Houston, TX 77227
Email: myattorneyatlaw@gmail.com
**Shardae Parker**
SBN: 24076606
99 Detering Street Suite 100
Houston, TX 77007
Email: sparker@thelewislaw.com
Telephone: 713-570-6555
Fax: 713-581-1017

1

Respectfully submitted ,
The Lewis Law Group PLLC.
By: /s/ Shardae Parker
       Shardae Parker
       SBN: 24076606
       99 Detering Street Suite 100
       Houston, TX, 77007
       Telephone: 713-570-6555
       Fax: 713-581-1017
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in accordance with the Texas Rules of Civil Procedure, via E-Service, Facsimile and/ or Certified Mail, Return Requested on this 30th day of August, 2018.
Courtney A. Parecki
Christopher G. Rigler
THOMPSON COE COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas   77056
E-Mail: cparecki@thompsoncoe.com