**In the United States District Court
for the Southern District of Texas
Houston, Division**

| | |
|---|---|
| **NICHOLAS HARPER** § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.4:18-cv-001562 |
| § | |
| **THE CITY OF MISSOURI CITY,** § | |
| **MIKE BEREZIN, GREG T. NELSON,** § | |
| **AND JOHN DOE 1** § | |
| *Defendants*. § | |

# PLAINTIFF NICHOLAS HARPER'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Nicholas Harper, file this Certificate of Interested Parties identifying all persons and entities known to them that are financially interested in the outcome of this litigation:

1. Nicholas Harper, Plaintiff

   % U.A. Lewis, P.O. Box 27353, Houston Texas, 77227

2. The City of Missouri City, Defendant

   c/o Mayor Allen Owen ,522 Texas Parkway, Missouri

   City, Texas, 77489

3. Mike Berezin, Defendant

   3949 Cartwright Road, Missouri City , Texas, 77489

4. Greg T. Nelson, Defendant

   3846 Cartwright Road, Missouri City, Texas, 77489

If any new persons are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Plaintiff will file an amended certificate with the Clerk.

        Respectfully Submitted,

        The Lewis Law Group PLLC.

        By: /s/ Shardae Parker

        U.A. Lewis
        State Bar No. 24076511
        P. O. Box 27353
        Houston, TX 77227
        Email: myattorney@thelewislaw.com
        Attorney-in-charge

        Shardae Parker
        99 Detering Suite 100
        Houston, TX 77007
        State Bar No. 24076606
        Email: sparker@thelewislaw.com
        Telephone: (713)570-6555
        Facsimile: (713) 581-1017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff Nicholas Harper's Certificate of Interested Parties was served via CM/ECF system.

/s/ Shardae Parker

Shardae Parker